Clifford P. Bendau II (030204)
THE BENDAU LAW FIRM PLLC
6350 East Thomas Road, Suite 330
Scottsdale, Arizona 85251
Telephone: (480) 296-7887
Facsimile: (480) 429-3679
Email: cliffordbendau@bendaulaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sarosha Hogan,<br><br>         Plaintiff,<br><br>v.<br><br>Mia Francesca LLC, et al.,<br><br>         Defendants. | No. 2:14-CV-00132-PHX-HRH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sarosha Hogan, by and through undersigned counsel, gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendants.

DATED this 9th Day of May 2014.

THE BENDAU LAW FIRM PLLC

/s/ *Clifford P. Bendau II*
Clifford P. Bendau II
Attorney for Plaintiff